IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01279-PAB-KLM

DEBORAH DONOGHUE,

    Plaintiff,

v.

BOHEMIAN INVESTMENTS LLC, a Colorado limited liability company,
BOCO INVESTMENTS, LLC, a Colorado limited liability company,
PAT STRYKER LIVING TRUST dated October 14, 1976, and
PAT STRYKER,

    Defendants,

and

OMNI BIO PHARMACEUTICALS, INC., a Colorado corporation,

    Nominal Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties'[1] **Joint Motion to Reschedule Scheduling Conference (Set for October 5, 2015) and Related Deadlines** [#13][2] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED** to the extent it requests that the Scheduling Conference be reset to a later date. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 5, 2015

---

[1] Nominal Defendant Omni Bio Pharmaceuticals, Inc. has not appeared in this action and, therefore, does not join in this Motion. *Motion* [#13] at 1 n.1.

[2] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

at 9:30 a.m. is **VACATED** and **RESET** to **October 13, 2015**[3] at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

       IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **October 6, 2015**.

       Dated:  September 16, 2015

---

[3] The Court is unable to accommodate the parties' request that the Scheduling Conference be reset to the week of October 19, 2015. *Motion* [#13] at 1-2. If the parties are unable to attend the Scheduling Conference on October 13, 2015, they may call chambers at (303) 335-2770 to inquire about the Court's calendar prior to filing another motion asking the Court to reset the Scheduling Conference.