# Exhibit H

# To

**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**Settlement Agreement**

## ASSIGNMENT AGREEMENT AND COVENANT NOT TO SUE

This Assignment Agreement and Covenant Not To Sue (the "Agreement") is made as of the date set forth on the signature page hereto in Denver, Colorado by and between Omni Bio Pharmaceutical, Inc., a publicly traded Colorado corporation (the "Company") and Bohemian Investments, LLC, a Colorado limited liability company ("Bohemian"). The Company and Bohemian are sometimes hereinafter referred to collectively as the "Parties".

### Recitals

A.  Whereas, Bohemian is a secured creditor of the Company having loaned to the Company the total principal amount of $2,300,000.00 pursuant to a senior secured promissory note, as amended (the "Note"). The Note has accrued interest of more than $205,155.00 (the Note and accrued interest, collectively, the "Debt"); and,

B.  Whereas, Bohemian has a senior security interest in all of the assets of the Company as set forth in the Loan and Warrant Purchase Agreement, as amended, pursuant to which the Note, as amended, was issued and as further set forth in Exhibit A hereto (the "Assets"); and,

C.  Whereas, the Company has been unsuccessful in its fundraising and partnering/licensing efforts and does not anticipate being able to raise sufficient capital to continue operations; and,

D.  Whereas, Bohemian is the largest creditor of the Company, and the Company does not have sufficient cash assets to pay the Note; and,

E.  Whereas, the Company desires to discharge the Debt by assigning to Bohemian, or its designee, the Assets without recourse, warranty or representation, on an "as is, where is basis" (the "Assignment"); and,

F.  Whereas, Bohemian desires to accept delivery of the Assets, discharge the Debt, release its lien against the Company, as provided herein.

BSL

NOW THEREFORE, for the following bargained for consideration, including the agreements set forth below, the receipt and sufficiency of which the Parties hereby acknowledge as good and sufficient consideration;

The Parties hereby agree as follows:

1. The facts, circumstances, and transactions recounted in recital paragraphs A through F, inclusive, are true and correct.

2. On the date this Agreement is executed, the Company shall assign to Advent Bio Holdings LLC ("Advent"), Bohemian's designee, the Assets in forms substantially similar to Exhibits A and B to this Agreement (the "Assignment"). The Company makes no representation or warranty with respect to the Assets, other than as expressly set forth in the Assignment, which is made without recourse. The Company shall cooperate with Bohemian to complete the legally enforceable Assignment to Advent. The Company shall execute whatever additional documents or instruments Advent or Bohemian reasonably require to perfect such Assignment; provided, however, the Company and its officers, directors or employees shall not be required to expend any monies or undertake or perform any act to enhance or otherwise add value to the Assets upon completion of the Assignment.

3. The Assignment shall be effective upon execution by the Parties with respect to all Assets other than the Licenses (as defined in Exhibit A). On the date of the Assignment, Bohemian shall deliver the original Note to Fox Rothschild LLP, c/o Heather Badami, to be held in escrow (the "Escrow Agent"). If the Escrow Agent receives a written consent from the University of Colorado to the Assignment of the Licenses (as defined in Exhibit A) (the "Consent") prior to the date which is six months from the date of the Assignment, (i) the Note shall be marked "Paid in Full", (ii) the Debt shall be permanently discharged, and (iii) the Assignment of the Licenses shall be effective upon the date of the Consent. If the Escrow Agent does not receive the Consent prior to the date which is six months from the date of the Assignment, or prior to such six months receives written notice from the University of Colorado that the Consent will not be provided under any circumstances (a "Notice"), (i) the Note shall be released from escrow and delivered to Bohemian, (ii) the Debt shall not be discharged, and (iii) the Licenses shall not be included in the Assignment

BES

to Advent. Notwithstanding the foregoing, from the date of this Assignment, Advent undertakes to perform all of the Company's obligations under the Licenses (including but not limited to making payments thereunder) until the Assignment or, if earlier, receipt of the Notice.

4. Bohemian shall execute whatever additional documents the Company reasonably requests so that the Debt can be discharged and the lien on the Assets released in accordance with the terms of this Agreement.

5. Bohemian declares and represents that no promise, inducement nor agreement, not otherwise stated herein, has been made to them with respect to the Assignment other than as set forth in this Agreement. This Agreement contains the entire agreement between the Parties.

6. As consideration for the effective assignment of the Assets, the Parties, each on behalf of themselves and on behalf of the respective heirs, legal representatives, officers, directors, managers, shareholders, members, agents, parents, successors, and assigns promise not to sue or proceed in any manner, in agency or other proceedings, whether at law, in equity, by way of administrative hearing, or otherwise, to solicit others to institute any such actions or proceedings, or consent to be a complainant in any criminal action or proceeding, against the other party and its respective heirs, legal representatives, officers, directors, managers, shareholders, members, agents, parents, successors and assigns, because of or arising out of the Debt and any events, actions or inactions related thereto, including (but not limited to) the Assignment, occurring on or before the date the Assignment becomes effective.

7. This Agreement and its reduction to final written form is the result of good faith negotiations between the Parties and their respective counsel. This Agreement, together with its Exhibits, shall be considered a total integration of the Parties' negotiations and understandings. This Agreement is the product of mutual negotiation and drafting, any ambiguities remaining herein shall not be construed against any party. In the event of any disputes concerning this Agreement the Parties agree to submit to the jurisdiction of the District Court of Jefferson County, the State of Colorado. This Agreement shall be governed by the laws of the State of Colorado both as to interpretation and performance. The prevailing party in any litigation to enforce this Agreement shall be awarded their reasonable attorneys' fees and all related costs.

8. The provisions of this Agreement are severable and if any provision is declared illegal, unenforceable or void, the remaining provisions shall remain in full force and effect.

9. This Agreement may be executed in counterparts, and by facsimile, e-mail, or image; each counterpart shall constitute an original and the counterparts, when taken together, will have the same force and effect as if the Agreement was executed by the parties without counterparts.

10. The Parties acknowledge and state that they have carefully read this entire Agreement, have consulted with their attorneys concerning this Agreement, and have been fully and completely advised concerning the contents of this Agreement and had sufficient opportunity to investigate and review the Assets and the terms of this Agreement. There are no other promises, understandings, representations, warranties, covenants, or agreements, verbal or otherwise, in relation to the subject matter of this Agreement between the Parties, except as expressly set forth in this Agreement.

11. Each Party covenants and represents that it is fully authorized to enter into this Agreement and to carry out the obligations provided for in this Agreement. Where a person has executed this Agreement on behalf of a Party, that person covenants, warrants, and represents that he or she is authorized to do so by that Party.

12. This Agreement shall be binding upon and inure to the benefit of the Parties' successors and assigns.

13. This Agreement shall not be altered, amended, modified, or otherwise changed except by a writing duly signed by the Parties.

14. The Parties acknowledge that they shall be solely responsible for their own respective legal fees and expenses including legal fees and expenses incurred in the negotiation, execution, and performance of this Agreement.

DATED this 23rd day of June, 2015.

BES

**COMPANY**:

**Omni Bio Pharmaceutical, Inc.**,
a publicly traded Colorado corporation

By: *[signature]*
Name: BRUCE E. SCHNEIDER
Its: CHIEF EXECUTIVE OFFICER

**BOHEMIAN**:

**Bohemian Investments, LLC**,
a Colorado limited liability company

By: *[signature]*
Name: Joseph C. ZIMLICH
Its: Managing Member, Sole Member
BOCO Holdings, LLC

# EXHIBIT A

## ASSIGNMENT, BILL OF SALE AND CONVEYANCE

## ASSIGNMENT, BILL OF SALE AND CONVEYANCE

KNOW ALL MEN BY THESE PRESENTS:

This ASSIGNMENT, BILL OF SALE AND CONVEYANCE (this "Assignment") is made effective 7:00 A.M. Mountain Time on the 23rd day of June 2015 ("Effective Date"), by and between **Omni Bio Pharmaceutical, Inc.**, a Colorado corporation (the "Assignor"), and **Advent Bio Holdings, LLC**, a Colorado limited liability company (the "Assignee"), each, a "Party," and collectively, the "Parties."

For and in consideration of TEN DOLLARS ($10.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor hereby grants, bargains conveys, sells, assigns, and transfers unto the Assignee all of the Assignor's right, title and interest in and to the assets of the Company described on Schedule A, attached hereto and incorporated herein (the "Assets").

1. Assignee acknowledges that it has conducted its own investigation and inspection of the Assets and further acknowledges that Assignor is assigning the Assets in an "AS IS, WHERE IS" condition. Assignee acknowledges that Assignor has not made any representations or given any warranties with respect to Assets.

   This Assignment is made without recourse.

2. This Assignment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. The terms, covenants and conditions hereof shall be binding upon and shall inure to the benefit of Assignor and Assignee and their respective successors and assigns.

3. This Assignment is made subject to the terms and conditions of all agreements which affect the Assets, including, but not limited to, the terms and conditions of the Assignment Agreement entered into between the Parties on the date of this Assignment (the "Assignment Agreement").

TO HAVE AND TO HOLD all right, title and interest of Assignor in and to the Assets unto Assignee forever.

*[INTENTIONALLY LEFT BLANK – SIGNATURE PAGES TO FOLLOW]*

BES

IN WITNESS WHEREOF, the Assignor hereunto has executed this Assignment upon the date indicated below.

STATE OF PENNSYLVANIA)

CITY OF WEST CHESTER ss.

COUNTY OF CHESTER )

ASSIGNOR: OMNI BIO PHARMACEUTICALS, INC.

Dated: JUNE 23, 2015

_____
(signature)

Place: WEST CHESTER, PA.

By: BRUCE E. SCHNEIDER
(printed name of authorized agent of assignor)

Its: CHIEF EXECUTIVE OFFICER
(title)

Before me, a Notary Public in and for said County and State, personally appeared the identified representative of the Assignor, who executed the foregoing instrument for the purposes and considerations therein expressed.

Given under my hand and seal of office this 23RD day of JUNE, 2015.

_Claudine Spiron_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CLAUDINE SPIRON, NOTARY PUBLIC
EAST GOSHEN TWP., CHESTER COUNTY
MY COMMISSION EXPIRES FEB 15, 2016

My Commission Expires: FEBRUARY 15, 2016

2

The Assignee hereby acknowledges and accepts the foregoing assignment of rights by Assignor.  IN TESTIMONY WHEREOF, the Assignee, by its undersigned officer, confirms its acceptance on the date set forth below.

STATE OF COLORADO )

CITY OF ) ss.

COUNTY OF )

ASSIGNEE: ADVENT BIO HOLDINGS, LLC

Dated: 6/23/15

_____
(signature)

Place: 262 East Mountain Ave.
Fort Collins, Co 80524

By: Joseph C. Zimlich
(printed name of authorized agent of assignee)

Its: Manager of BCCO Holdings, LLC;
The sole member of (title) Bohemian Investments, LLC;
Its sole member

Before me, a Notary Public in and for said County and State, personally appeared the identified representative of the Assignee, who executed the foregoing instrument for the purposes and considerations therein expressed.

Given under my hand and seal of office this 23rd day of June, 2015.

NICOLE JAVERNICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20054030527
MY COMMISSION EXPIRES AUGUST 03, 2017

_____
Notary Public

My Commission Expires: 8/3/17

## SCHEDULE A
### to Assignment, Bill of Sale and Conveyance

- Recombinant alpha-1 antitrypsin (AAT Fc) cell lines in frozen storage at Patheon Biologics

- Relevant data reports, presentations and other information relating to the development of AAT-Fc from Patheon Biologics and related vendors

- Stock certificates in BioMimetix Pharmaceutical, Inc. totaling 187,500 shares

- License agreement with Gallus Biopharmaceuticals, LLC dated April 24, 2014 for manufacturing and bioprocessing services

- License agreement with Bio Holding Inc. dated September 28, 2009 to U.S. patent #8,071,551 covering the use of AAT in diabetes (provided that this license agreement shall be assigned to Assignee only upon approval written approval from Bio Holding, Inc., which may be withheld)

- License agreement with the Regents of the University of Colorado for intellectual property relating to the use of AAT in the treatment of viral infections, dated March 31, 2008 and amended March 17, 2009*

- License agreement with the Regents of the University of Colorado for intellectual property relating to the use of AAT in the treatment of bacterial infections and certain composition of matter claims relating to recombinant AAT (AAT-Fc), dated January 18, 2013 and amended July 1, 2014*

- License agreement with the Regents of the University of Colorado for intellectual property relating to the use of AAT in the pretreatment, treatment and/or prevention of graft versus host disease (GvHD) and other indications, dated February 18, 2013 and amended March 26, 2014*

- License agreement with the Regents of the University of Colorado for intellectual property relating to compositions of matter for AAT-Fc, various IgG and hinge-modified claims, dated September 26, 2012 and amended October 9, 2014*

* Together, as referenced in the Assignment Agreement, the "Licenses".

# EXHIBIT B

## PATENT ASSIGNMENT

## PATENT ASSIGNMENT

PARTIES TO THE ASSIGNMENT:

Assignor:

Omni Bio Pharmaceutical, Inc.
181 W. Boardwalk Drive, Suite 202
Fort Collins, Colorado 80525
United States

State of Incorporation: Colorado

Assignee:

Advent Bio Holdings, LLC
262 East Mountain Avenue
Fort Collins, Colorado 80524
United States

State of Incorporation: Colorado

PATENT(S) AND PATENT APPLICATION(S) SUBJECT TO THE ASSIGNMENT:

See Schedule 1 attached hereto.

WHEREAS, the Assignor identified above, a corporation organized and existing under the laws of the State indicated above, and having its principal place of business at the address indicated above, is a co-owner of all right, title, and interest in and to one or more new and useful processes, methods, machines, devices, systems, manufactures, and/or compositions of matter, or new and useful improvements thereof (the "Inventions"), disclosed and described in the issued Patents and the Patent Applications indicated and identified above and in Schedule 1; and

WHEREAS, Assignee identified above, a corporation organized and existing under the laws of the State indicated above, and having its principal place of business at the address indicated above, desires to acquire the right, title, and interest of Assignor in and to the Inventions, the Patents, the Patent Applications, and in, and to, and under any and all Letters Patent to be obtained therefor including international, foreign and domestic;

NOW, THEREFORE, for $10 and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor has sold, assigned, and transferred and does hereby sell, assign, and transfer to the Assignee, its successors, legal representatives, and assigns, the right, title and interest of Assignor in and to the Inventions, the Patents, the Patent Applications, and all divisional, continuation, continuation-in-part, and continuing prosecution applications that claim priority thereto, and any reexamination and reissue applications thereof; all international, regional, and foreign applications that claim priority to, are counterparts of, or otherwise correspond thereto; the Letters Patent, both in the United States and in countries or regions foreign thereto, that may or shall issue or have issued therefrom; any extensions, substitutes, or renewals thereof; the right to claim priority to the filing date of the Patent Applications; any right, title, or interest in and to the Inventions under any international conventions; and any and all rights to collect past damages for infringement of any provisional rights and of any and all Letters Patent of the United States and any countries and regions

Parties' Initials

foreign thereto which may be, shall be, or have been published, which may be, shall be, or have been granted, or which may be lodged (collectively "the Patent Rights"); and

Assignor, as co-owner, further authorizes said Assignee, its successors, and assigns, or anyone it may properly designate, to apply for Letters Patent in the U.S. and any and all foreign countries and regions, in its own name if desired, and additionally to claim priority to the filing dates of the Patent Applications and otherwise take advantage of the provisions of any international conventions as deemed appropriate per co-ownership; and

Assignor hereby authorizes and requests transfer of the Patents, the Patent Applications, and any further applications co-owned by Assignor, which may be or shall have been filed under the Patent Rights, to the Assignee as a co-owner in accordance herewith and further authorizes and requests any official of any State whose duty consists of issuing patents or other evidence or forms of any industrial property protection issuing from the Patent Applications and all related applications, to issue same to the Assignee, its successors, and assigns in accordance herewith as a co-Assignee in the interest thereof; and

Assignor represents and warrants that Assignor is a co-owner and has right, title, and authority to execute this Assignment and to convey its right, title, and interest in the Patent Rights, and that Assignor has not conveyed nor will convey hereafter its Patent Rights to a third party, and Assignor hereby covenants and agrees with the Assignee, its successors and assigns, that Assignor will not execute in writing or do any act whatsoever conflicting with these representations; and

Assignor, Assignor's successors, legal representatives, or administrators will at any time upon request, without further or additional consideration, but at the expense of the Assignee, its successors, and assigns, execute such additional writings and do such additional acts as said Assignee, its successors, and assigns, may deem necessary or desirable to perfect the Assignee's enjoyment of this grant, and render all necessary assistance in making application for, obtaining, and enforcing any of the Patent Rights, including giving testimony in any proceedings or transactions involving such Patent Rights as a co-owner in such Patent Rights thereof; and

Assignor further covenants and agrees that this Assignment is effective as of the date of execution of this document by Assignor's representative below.

IN WITNESS WHEREOF, the Assignor hereunto has executed this Assignment upon the date indicated below.

STATE OF ~~COLORADO~~ PENNSYLVANIA  CL
CITY OF WEST CHESTER ) ss.
COUNTY OF CHESTER )

ASSIGNOR: OMNI BIO PHARMACEUTICAL, INC.

Dated: JUNE 23, 2015

_____
(signature)

Place: WEST CHESTER, PA

By: BRUCE E. SCHNEIDER
(printed name of authorized agent of assignor)

Its: CHIEF EXECUTIVE OFFICER
(title)

Before me, a Notary Public in and for said County and State, personally appeared the identified representative of the Assignor, who executed the foregoing instrument for the purposes and considerations therein expressed.

Given under my hand and seal of office this 23RD day of JUNE, 2015.

_Claudine Spiron_
Notary Public

My Commission Expires: FEBRUARY 15, 2016

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CLAUDINE SPIRON, NOTARY PUBLIC
EAST GOSHEN TWP., CHESTER COUNTY
MY COMMISSION EXPIRES FEB. 15, 2016

Parties' Initials
BES /

4844-8201-6036\2

The Assignee hereby acknowledges and accepts the foregoing assignment of rights by Assignor.

IN TESTIMONY WHEREOF, the Assignee, by its undersigned officer, confirms its acceptance on the date set forth below.

STATE OF COLORADO    )
CITY OF              ) ss.
COUNTY OF            )

ASSIGNEE: ADVENT BIO HOLDINGS, LLC

Dated: 6/23/15

_____
(signature)

Place: 262 East Mountain Ave
Fort Collins, Co 80524

By: Joseph C. Zimlich
(printed name of authorized agent of assignee)

Its: Manager of BOCO Holdings, LLC;
The sole member of Bohemian Investment LLC;
Its sole member
(title)

Before me, a Notary Public in and for said County and State, personally appeared the identified representative of the Assignee, who executed the foregoing instrument for the purposes and considerations therein expressed.

Given under my hand and seal of office this 23rd day of June, 2015.

Nicole Javernick
Notary Public

My Commission Expires: 8/3/17

NICOLE JAVERNICK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20054030527
MY COMMISSION EXPIRES AUGUST 03, 2017

4 of 7

Parties' Initials

4844-8201-6036\2

SCHEDULE 1

to Patent Assignment between
Omni Bio Pharmaceutical, Inc.
and
Advent Bio Holdings, LLC

Serial Number.................................................................61/452,026
Filing Date.................................................................11 March 2011
Title: Compositions, methods and uses for radioprotectants

Serial Number.................................................................61/523,759
Filing Date................................................................. 15 August 2011
Title: Methods and compositions for preventing or reducing cellular damage induced by radiation exposure

Foreign Jurisdiction...................................Patent Cooperation Treaty
Serial Number................................................ PCT/US2012/28568
Filing Date.................................................................9 March 2012
Title: Compositions, methods and uses for radioprotectants

Serial Number.................................................................14/004,057
Filing Date (371).................................................................9 September 2013
Title: Method for Ameliorating Radiation Exposure Effects With Alpha-1 Antitrypsin

Patent Number.................................................................. US8980574
Issue Date.................................................................17 March 2015
Title: Method for Ameliorating Radiation Exposure Effects With Alpha-1 Antitrypsin

Serial Number.................................................................14/639,787
Filing Date.................................................................5 March 2015
Title: Method for Ameliorating Radiation Exposure Effects With Alpha-1 Antitrypsin

Serial Number.................................................................61/500,795
Filing Date.................................................................24 June 2011
Title: Compositions, Methods and Uses for Recombinant Alpha-1 Antitrypsin

Foreign Jurisdiction...................................Patent Cooperation Treaty
Serial Number................................................ PCT/US2012/043869
Filing Date.................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Parties' Initials
BES /_____

Serial Number..................................................................14/125,135
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction...........................................................Australia
Serial Number................................................................2012272636
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction.................................................................Canada
Serial Number....................................................................... 2839917
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction..................................................................Europe
Serial Number..................................................................... 12802540
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction...................................................................Japan
Serial Number................................................................ 2014-519852
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction..........................................................South Korea
Serial Number.............................................................10-2014-7001915
Filing Date.....................................................................22 June 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Serial Number....................................................................61/585,182
Filing Date................................................................10 January 2012
Title: Compositions, Methods and Uses for Recombinant Alpha-1 Antitrypsin

Serial Number....................................................................61/586,038
Filing Date................................................................12 January 2012
Title: Compositions, Methods and Uses for Recombinant Alpha-1 Antitrypsin

Serial Number....................................................................61/614,391
Filing Date..................................................................22 March 2012
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin

Parties' Initials
BSR /

4844-8201-6036\2

Fusion Molecules

Foreign Jurisdiction.................................Patent Cooperation Treaty
Serial Number............................................... PCT/US2013/021057
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Serial Number...............................................................14/370,442
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction...........................................................Australia
Serial Number.............................................................2013202648
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction.............................................................Canada
Serial Number.......................... TBD/Based on PCT/US2013/021057
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction............................................................Europe
Serial Number...............................................................13735645.7
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction.............................................................Japan
Serial Number.............................................................2014552305
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Foreign Jurisdiction......................................................South Korea
Serial Number...................................................... 10-20147022193
Filing Date.................................................... 10 January 2013
Title: Compositions, Methods and Uses for Alpha-1 Antitrypsin Fusion Molecules

Parties' Initials