IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15 Civil 1279 (PAB) (KLM)

DEBORAH DONOGHUE,

    Plaintiff,

v.

BOHEMIAN INVESTMENTS LLC, a Colorado limited liability company,
BOCO INVESTMENTS, LLC, a Colorado limited liability company,
PAT STRYKER LIVING TRUST dated October 14, 1976, and
PAT STRYKER,

    Defendants,

and

OMNI BIO PHARMACEUTICALS, INC., a Colorado corporation,

    Nominal Defendant.

## [PROPOSED] STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER comes before the Court upon Plaintiff and Defendants' jointly filed Motion for Entry of Stipulated Order under F.R.E. 502(d) (the "Motion"), and the Court having been fully advised in the premises hereby GRANTS the Motion and ORDERS as follows:

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

1

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*[SIGNATURE AND ORDER PAGE FOLLOWS]*

/s/ Miriam Tauber

Miriam Tauber
885 Park Avenue 2A
New York, NY 10075
(323) 790-4881


/s/ David Lopez

David Lopez
171 Edge of Woods Road
PO Box 323
Southampton, NY 11968

*Attorneys for Plaintiff
Deborah Donoghue*

/s/ Scott Warren Wilkinson

Scott Warren Wilkinson
George R. Lyons
Davis & Ceriani, P.C.
1350 17th Street
Market Center, Suite 400
Denver, CO 80202
(303) 534-4618

*Attorneys for Defendants
BOCO Investments, LLC,
Pat Stryker Living Trust,
and Pat Stryker:*


/s/ John V. McDermott

John V. McDermott
V. Aaron Hughes
Brownstein Hyatt
Farber Schreck, LLP-Denver
410 17th Street, Suite 2200
Denver, CO 80202
(303) 223-1100

*Attorneys for Defendants
Bohemian Investments LLC*


**SO ORDERED:**

Dated: Nov. 13, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge