IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01279-PAB-KLM

DEBORAH DONOGHUE,

    Plaintiff,

v.

BOHEMIAN INVESTMENTS LLC, a Colorado limited liability company,
BOCO INVESTMENTS, LLC, a Colorado limited liability company,
PAT STRYKER LIVING TRUST dated October 14, 1976, and
PAT STRYKER,

    Defendants,

and

OMNI BIO PHARMACEUTICALS, INC., a Colorado corporation,

    Nominal Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 46] of United States District Judge Philip A. Brimmer entered on September 30, 2016, it is

**ORDERED** that Bohemian Investments, LLC's Motion to Dismiss Plaintiff's First Amended Complaint [Docket No. 30] and BOCO Investments, LLC, Pat Stryker Living Trust and Pat Stryker's Motion to Dismiss Claims Asserted in Plaintiff's First Amended Complaint Against Defendants BOCO Investments, LLC, Pat Stryker Living Trust, and Pat Stryker [Docket No. 31] are **GRANTED**. It is further

**ORDERED** that judgment is hereby entered in favor of defendants BOHEMIAN INVESTMENTS LLC, a Colorado limited liability company, BOCO INVESTMENTS, LLC, a Colorado limited liability company, PAT STRYKER LIVING TRUST dated October 14, 1976, and PAT STRYKER and against plaintiff DEBORAH DONOGHUE.  It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of October, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk